446 A.2d 692

Commonwealth v. Merkel a/k/a Walker, Appellant.

Commonwealth v. Caruso, Appellant.

Petition for Allowance of Appeal Denied Nov. 19, 1982.

Argued June 23, 1981. William R. Bernhart, for appellant (at No. 475); Robert L. Van Hoove, for appellant (at No. 498); Charles M. Guthrie, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and DiSALLE, JJ.

Judgments of sentence affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.